```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISAAC MITCHELL, SR.            :    CIVIL ACTION
                               :
         v.                    :
                               :
JOHN E. WETZEL, Acting         :
Secretary, Pennsylvania        :
Department of Corrections,     :
et al.                         :    NO. 11-cv-2063
```

ORDER

AND NOW, this 15th day of August, 2013, upon consideration of Mitchell's motion to reactivate case in order to enter order directing petitioner's counsel to exhaust claims in state court (Docket No. 7), the Commonwealth's opposition, and the reply thereto, and following an oral argument on June 27, 2013,

IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED.

                              BY THE COURT:


                               /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.